# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| ABDERRAHIM BELQASIM, | Case No. 2:25-cv-01282-LK-TLF |
|---|---|
| Petitioner, | |
| v. | ORDER FOR RETURN AND STATUS REPORT, § 2241 PETITION |
| DREW BOSTOCK, et al., | |
| Respondent. | |

Petitioner, who is represented by counsel, has filed a 28 U.S.C. § 2241 immigration habeas petition. Having reviewed the petition, the Court ORDERS:

(1) The record shows petitioner has filed an affidavit of mailing of the summons and complaint. Dkt. 5. Electronic posting of this Order and petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondent(s).

(2) **Within 30 days of the date this Order is posted**, respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, respondent(s) shall submit a memorandum of authorities in support of their position, and should state whether an evidentiary hearing is necessary. Respondent(s) shall file the return with the Clerk of the Court and shall serve a copy upon petitioner.

(3)     The return will be treated in accordance with LCR 7(d)(4).  Accordingly, on the face of the return, respondent(s) shall note it for consideration no earlier than 28 days after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response no later than 21 days after the return is filed, and respondent(s) may file and serve a reply no later than 28 days after the return is filed.

(4)     If petitioner's custody status changes at any point during this litigation, **respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change.**

(5)     The Clerk is directed to send copies of this Order to counsel for petitioner, counsel for respondent, and the Honorable Lauren J. King.

Dated this 4th day of August, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER FOR RETURN AND STATUS REPORT, § 2241 PETITION - 2