# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDERRAHIM BELQASIM,<br><br>            Petitioner,<br><br>   v.<br><br>LAURA HERMOSILLO et al.,<br><br>            Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:25-cv-01282-LK |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Court ADOPTS the R&R, Dkt. No. 17, DENIES the Government's motion to dismiss, Dkt. No. 8, and GRANTS Petitioner's petition for a writ of habeas corpus, Dkt. No. 1, as follows:

1.   Mr. Belqasim's ongoing detention under 8 U.S.C. § 1225(b) without an individualized bond hearing violates the Due Process Clause of the Fifth Amendment to the United States Constitution;

2.   The Government must hold a bond hearing for Mr. Belqasim to occur within seven calendar days of this Order;

3. The bond hearing shall comport with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011): there must be a contemporaneous record of the hearing, and the Government bears the burden of proving by clear and convincing evidence that Mr. Belqasim is a flight risk or danger to the community; and

4. The Immigration Judge shall allow Mr. Belqasim to present evidence of financial circumstances or alternative conditions of release that would mitigate any potential dangerousness or risk of flight.

Dated November 13, 2025.

Ravi Subramanian
Clerk of Court

/s/Natalie Wood
Deputy Clerk
